IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SENTRY SELECT INSURANCE COMPANY,

    Plaintiff,

v.                                  Civil Action No. 1:17-CV-00117-IMK

MIDTOWN MOTORS, INC. d/b/a
JOHN HOWARD MOTORS; RANDY
BUZZO; and CHRISTOPHER AZZARO,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff, Sentry Select Insurance Company, by counsel, hereby serves notice that it is dismissing this action without prejudice.

    Dated the 18th day of August, 2017.

                                          **Plaintiff,**
                                          **SENTRY SELECT INSURANCE COMPANY,**
                                          **By Counsel:**

                                          */s/ Debra Tedeschi Varner*

| | |
|---|---|
| Debra Tedeschi Varner | (WV State Bar #6501) |
| dtvarner@wvlawyers.com | |
| Jeffrey D. Van Volkenburg | (WV State Bar #10227) |
| jdvanvolkenburg@wvlawyers.com | |

                                          McNeer, Highland, McMunn and Varner, L.C.
                                          Empire Building - 400 West Main Street
                                          P. O. Drawer 2040
                                          Clarksburg, WV 26302-2040
                                          Tel: (304) 626-1100 / Fax: (304) 623-3035